# United States Court of Appeals
### For the Eighth Circuit
_____

No. 25-2474
_____

Mark Daniel Crowley

*Plaintiff - Appellant*

v.

Lemons, Sergeant, Pulaski County Detention Facility; Lee, Sergeant, Pulaski County Detention Facility; Arce, Deputy, Pulaski County Detention Facility; Madrigal, Deputy, Pulaski County Detention Facility

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central
_____

Submitted: January 28, 2026
Filed: February 2, 2026
[Unpublished]
_____

Before SMITH, SHEPHERD, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Mark Daniel Crowley appeals the district court's[1] adverse grant of summary judgment in his civil rights action.  After careful consideration of the record and the arguments properly before us, we conclude that the district court appropriately granted summary judgment.  See Chambers v. Pennycook, 641 F.3d 898, 904 (8th Cir. 2011) (grant of summary judgment is reviewed de novo).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

[1]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Edie R. Ervin, United States Magistrate Judge for the Eastern District of Arkansas.